HENRY A. STOERZER, Appellant, *v.* MICHAEL W. NOLAN, as Assignee of DURLANDS RIDING ACADEMY COMPANY et al., Respondents.

*Stoerzer* v. *Nolan,* 19 App. Div. 338, appeal dismissed.
(Argued March 2, 1898; decided March 22, 1898.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered August 3, 1897, affirming an order of Special Term denying a motion for an interlocutory order and judgment in an action for an accounting

*John C. Coleman* for appellant.

No appearance for respondents.

Appeal dismissed, with costs, on authority of *Van Arsdale* v. *King* (155 N. Y. 325).

All concur.